IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKIE GREEN**  **PETITIONER**
ADC #117055

v.  CASE NO. 5:18-CV-00028 BSM

**WENDY KELLEY, Director**
**Arkansas Department of Correction**  **RESPONDENT**

## ORDER

The proposed findings and recommendation [Doc. No. 11] submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful review, the proposed findings and recommendation is adopted in its entirety. Accordingly, Green's petition is dismissed, all requested relief is denied, and judgment is entered for respondent Kelley. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, a certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of May 2018.

_____
UNITED STATES DISTRICT JUDGE